

**VIA ECF**

AARON R. WEGRZYN
DIRECT DIAL: 414 224-7698
wegrzyn@gassturek.com

September 29, 2023

The Honorable James D. Peterson
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
120 North Henry Street
Madison, WI 53703

   Re: *Holzer v. Trek Bicycle Corporation*
      Case No. 3:23-cv-00421-jdp

Dear Judge Peterson:

  I write to inform you that the parties in the above-captioned matter have reached agreement in principle on the terms of a settlement. Counsel for the parties are finalizing a written settlement agreement, and the parties expect to submit a stipulation for dismissal within the next 30 days.

  Given these developments, the parties jointly request that the previously scheduled status conference set for Wednesday, October 4, 2023 at 1:30 p.m. be adjourned and removed from the Court's calendar. I have provided a copy of this letter to Mr. Holzer's attorneys, who have approved its contents.

           Sincerely,

           */s/ Aaron R. Wegrzyn*
ARW/js        Aaron R. Wegrzyn

           *Counsel for Defendant Trek Bicycle Corporation*

cc: Counsel of Record (via ECF)